■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD RASTORFER, Appellant.— Judgment, Supreme Court, New York County, rendered January 29, 1971, convicting defendant, upon his plea of guilty, of murder, second degree, and resentencing him to imprisonment for a term of 30 years to life, *nunc pro tunc* as of May 26, 1964, unanimously modified, in the exercise of discretion, to reduce the minimum of the sentence imposed to 20 years, and, as so modified, the judgment is affirmed. In the circumstances disclosed, a reduction of the sentence is warranted. Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Macken, JJ.

■ In the Matter of FRANCIS X. WARD, Petitioner, v. PETER McQUILLAN, Respondent. — In this article 78 proceeding to compel the issuance of subpoenas for the production of certain records the petition is dismissed, without costs and without disbursements. An article 78 proceeding may not be employed to review a determination which was made in a criminal matter. (CPLR 7801; *Matter of Wilson* v. *Galucci*, 32 A D 2d 784.) CPLR 2307 outlines the proper procedure for the enforcement of an application for a subpoena duces tecum. (Also see CPL 610.20, subd. 3.) Concur — Stevens, P. J., Steuer, Tilzer and Capozzoli, JJ.; Murphy, J. concurs in the following memorandum: I concur, but would add that if this matter were properly before the court I would vote to direct the issuance of the subpoena.

■ PUBLIC SERVICE MUTUAL INSURANCE CO. v. JAMES M. KEMPTON.— Motion to dismiss appeal granted on the ground that the appeal has become moot. Concur — Stevens, P. J., Murphy, Steuer, Tilzer and Capozzoli, JJ.

## SECOND DEPARTMENT, DECEMBER, 1972

### (December 4, 1972)

■ EDWARD BURNS, Respondent, v. GEON INDUSTRIES, INC., et al., Appellants.— Order of the Supreme Court, Nassau County, dated June 28, 1972, affirmed, without costs. We have not passed upon the sufficiency of the amended complaint. Martuscello, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.